**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7323**

NORMAN ALAN KERR,

        Petitioner - Appellant,

    v.

WARDEN K. ROGERS,

        Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Mary G. Lewis, District Judge. (5:16-cv-00278-MGL)

Submitted:  November 22, 2016     Decided:  November 28, 2016

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Norman Alan Kerr, Appellant Pro Se.  Christopher Gibbs, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman Alan Kerr, a federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kerr v. Rogers, No. 5:16-cv-00278-MGL (D.S.C. Sept. 20, 2016). We deny Kerr's motion for a certificate of appealability as unnecessary and deny his motion for a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2